**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN L. TREADWAY, | No. C 13-2113 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| NERNAN A. HEDGPETH, et al., | |
| Defendants. | |

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00.  Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain (1) a complete IFP application, or (2) the full filing fee of $350.00.  The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: June 10, 2013

RICHARD SEEBORG
United States District Judge

No. C 13-2113 RS (PR)
ORDER OF DISMISSAL