1

2

3                                                                    *E-Filed 7/3/13*

4

5

6

7                              UNITED STATES DISTRICT COURT

8                            NORTHERN DISTRICT OF CALIFORNIA

9                                SAN FRANCISCO DIVISION

10

11   JOHN L. TREADWAY,                          No. C 13-2113 RS (PR)

12            Plaintiff,                        **ORDER REOPENING ACTION;**

13       v.                                     **ORDER DIRECTING PLAINTIFF TO
                                                FILE AN AMENDED COMPLAINT**
14   A. HEDGPETH, et al.,

15            Defendants.

16   _____/

17

18          The action was dismissed because plaintiff failed to comply with the Court's order to

19   pay the filing fee or file an application to proceed *in forma pauperis* ("IFP").  Plaintiff since

20   has filed an IFP application (Docket No. 5), which the Court construes as containing a

21   motion to reopen the action.  So construed, the motion is GRANTED.  The action is

22   REOPENED, and the Clerk is directed to amend the docket accordingly.  The judgment

23   (Docket No. 4) and the order of dismissal (Docket No. 3) are VACATED.  **Plaintiff shall file**

24   **an amended complaint on or before September 15, 2013.**  The amended complaint must

25   include the caption and civil case number used in this order (13-2113 RS (PR)) and the

26   words FIRST AMENDED COMPLAINT on the first page.  Because an amended complaint

27

28                                                              No. C 13-2113 RS (PR)
                                                                ORDER REOPENING ACTION

1  completely replaces the previous complaints, plaintiff must include in his amended complaint

2  all the claims he wishes to present and all of the defendants he wishes to sue. *See Ferdik v.*

3  *Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).  Any claims not raised in the amended

4  complaint will be deemed waived.  Plaintiff may not incorporate material from the prior

5  complaint by reference.  Failure to file an amended complaint in accordance with this order

6  will result in dismissal of this action with prejudice for failure to prosecute. *See* Fed. R. Civ.

7  P. 41(b).  **No extensions of time will be granted, owing to the large period of time**

8  **afforded plaintiff.**  The Clerk shall terminate Docket No. 5.

9      **IT IS SO ORDERED**.

10  DATED: July 3, 2013

     RICHARD SEEBORG
11   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California