*E-Filed 1/13/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN L. TREADWAY, | No. C 13-2113 RS (PR) |
| Plaintiff, | **ORDER OF SERVICE;** |
| v. | **ORDER VACATING BRIEFING SCHEDULE** |
| NERNAN A. HEDGPETH, et al., | |
| Defendants. | |

Initial service of the civil rights complaint on two defendants (Gregorio Pineda and Karim Rasheed) was unsuccessful. Plaintiff since has provided new addresses for these persons. Accordingly, the Clerk of the Court shall issue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the operative complaint in this matter (Docket No. 13), all attachments thereto, and a copy of the initial service order (Docket No. 14) upon Gregorio Pineda and Karim Rasheed at the addresses provided by plaintiff in Docket No. 19. The Clerk also shall mail a courtesy copy of this order to defendants' counsel.

The current briefing schedule, which asked defendants to file a dispositive motion on or before February 13, 2015, is VACATED. When service on the two additional parties has been completed or returned unexecuted, the Court will set a new briefing schedule.

**IT IS SO ORDERED**.

DATED: January 13, 2015

_____
RICHARD SEEBORG
United States District Judge