*E-Filed 2/26/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN L. TREADWAY, | No. C 13-2113 RS (PR) |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| NERNAN A. HEDGPETH, et al., | |
| Defendants. | |

The Court sets the following briefing schedule, now that service on defendants has been completed. In response to plaintiff's second amended complaint (Docket No. 13), defendants are directed to file a dispositive motion or notice regarding such motion on or before June 1, 2015, unless an extension is granted. If plaintiff wishes to file an opposition to defendants' motion, he may file one within 45 days after defendants' motion has been filed. Defendants' reply, if any, shall be filed within 15 days of plaintiff filing his opposition. The Court further directs that all parties are to adhere to terms set forth in the first order of service (Docket No. 14). In particular, defendants are to adhere to the notice provisions detailed in Sections 2.a and 10 of that order.

**IT IS SO ORDERED**.

DATED: February 26, 2015

_____
RICHARD SEEBORG
United States District Judge