*E-Filed 3/2/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN L. TREADWAY, | No. C 13-2113 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| NERNAN A. HEDGPETH, et al., | |
| Defendants. | |

Plaintiff's second motion to extend time to file an opposition to defendants' motion for summary judgment (Docket No. 72) is GRANTED. The opposition shall be filed on or before April 18, 2016. **No further extensions of time will be granted.** If plaintiff fails to file his opposition on or before April 18, 2016, the Court will deem (1) plaintiff to have waived his right to file an opposition; and (2) the motion for summary judgment submitted and ready for decision. If plaintiff files an opposition, defendants' reply shall be filed within 15 days.

Plaintiff asks the Court to send him a photocopy of his exhibits after he has filed them. This request is DENIED. If plaintiff wants a copy of his exhibits, he must submit a photocopy request form. One will be sent to him.

**IT IS SO ORDERED**.

DATED: March 2, 2016

RICHARD SEEBORG
United States District Judge